SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 SEP 19 PM 3: 06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALONDRA REBOLLEDO AND
SHELBY ENGLISH,

Defendants.

8:23CR204

8:23CR204

INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. §922(g)(1)

The Grand Jury charges that and

## COUNT I

On or about May 24, 2023, in the District of Nebraska, Defendants

**ALONDRA REBOLLEDO,**
**SHELBY ENGLISH,**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its

salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States

Code, Section 841(b)(1).

## COUNT II

On or about June 10, 2023, in the District of Nebraska, Defendant

**ALONDRA REBOLLEDO,**

did knowingly and intentionally possess with intent to distribute 50 grams or more of

methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled

substance.

1

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about June 10, 2023, in the District of Nebraska, Defendant

**ALONDRA REBOLLEDO,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about June 10, 2023, in the District of Nebraska, Defendant

**ALONDRA REBOLLEDO,**

did knowingly possess a firearm, to wit: a S & W M&P Shield .40 caliber handgun, in furtherance of, a drug trafficking crime for which the Defendant may be prosecuted in a court of the United States, that is, the offenses described in Counts II and III.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT V

On or about May 29, 2023, in the District of Nebraska, Defendant

**SHELBY ENGLISH,**

knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Douglas County Case CR 22-1017, possession of a controlled substance, and Douglas County Case CR 17-3967, Attempt to Commit A Class 2A Felony, knowingly possessed a HiPoint carbine which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

CRYSTAL C. CORREA
Assistant U.S. Attorney

3