# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | 8:23CR204 |
| vs. | |
| **SHELBY ENGLISH,** | **AMENDED ORDER** |
| Defendant. | |

This matter comes before the Court on the Motion to Extend (Filing No. 57). After review of the motion and for good cause shown, the Court finds the extensions should be granted. Accordingly,

**IT IS ORDERED** that the Motion to Extend (Filing No. 57) is granted and the order (Filing No. 55) is amended as follows:

1. On or before **February 16, 2024**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **February 23, 2024**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **March 1, 2024**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing set for February 7, 2024, is continued to **March 8, 2024, at 10:30 a.m.** before the undersigned magistrate judge. Counsel shall use the case conference instructions at Filing No. 52 to participate in the call.

Dated this 17th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge